IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BURT SETTS,

    Petitioner,

v.                                                     CASE NO. 4:08-cv-00367-MP-WCS

WALTER A. McNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, recommending that Petitioner's petition for writ of habeas corpus, Doc. 1, be denied as an unauthorized second or successive petition. The Report was filed on Wednesday, September 17, 2008. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions of the Report to which an objection has made. Petitioner has filed objections, Doc. 9, which the Court has reviewed. The Court agrees with the Magistrate that Petitioner has failed to meet the requirements of the Antiterrorism and Effective Death Penalty Act for filing a second or successive § 2254 petition. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 6, is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this *20th* day of October, 2008

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge