IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BURT SETTS,

     Petitioner,

v.                                                                          CASE NO. 4:08-cv-00367-MP-WCS

WALTER A. McNEIL,

     Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 12, Amended Objection to the Magistrate Judge's

Report and Recommendation.  Previously, Petitioner filed an objection to the Report at Doc. 9.

The Court considered the objection in its October 20, 2008, order adopting the Report and

Recommendation and dismissing this action.  The instant objection was then filed on October 22,

2008, apparently without knowledge that the Court had already adopted the Report and

Recommendation.  The Court therefore construes Petitioner's objection as a motion for

reconsideration.  This action was dismissed due to Petitioner's failure to seek leave to file a

second or successive § 2254 petition, as required by the Antiterrorism and Effective Death

Penalty Act.  In his amended objection, Petitioner attempts to argue the merits of his petition

without addressing this failure.  The Court sees no reason to reconsider its previous order.

Accordingly, the motion for reconsideration at Doc. 12 is DENIED.

     **DONE AND ORDERED** this   *4th* day of November, 2008

               *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge